# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, <br> 611 Pennsylvania Ave., SE #231 <br> Washington, D.C. 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Ave. NW <br> Washington, D.C. 20530 <br><br> *Defendant.* | Civil Action No.: 1:23-cv-1049 |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Justice ("DOJ"), to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant is the Department of Justice (DOJ), an agency under 5 U.S.C. § 552(f), with its headquarters in the Robert F. Kennedy Building, located at 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

6. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7. Transparency is key to a thriving democracy. Without it, it is impossible for citizens to hold Government accountable.

8. Indeed, the Biden Administration routinely states that it is committed to a transparent, open, and ethical government.[1]

9. "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. DEP'T JUST., Freedom of Information Act Guidelines (Mar. 15, 2022), https://tinyurl.com/2yd463dv.

10. Yet, questions remain about whether the individuals selected to lead various agencies have adequate qualifications, and whether they have conflicts of interest that should preclude them from serving in those positions.

11. To ensure transparency, the Government must be open about the backgrounds and qualifications of individuals that have been selected to lead our most important agencies, including the Department of Justice.

12. Importantly, that transparency must, at a minimum, include sufficient information to assure citizens that those leading our most powerful agencies are not influenced by conflicts of interest from previous experiences.

## AFL'S FOIA REQUESTS

*Political Appointees Request*

13. To better understand the background of individuals hired by the DOJ, AFL submitted a FOIA request to the DOJ on July 12, 2021. *See Ex. A.*

---

[1] *FACT SHEET: Biden-Harris Administration Prioritizes Effectiveness, Accountability, and Transparency in Bipartisan Infrastructure Law Implementation,* THE WHITE HOUSE (Apr. 29, 2022), https://tinyurl.com/bdhrccyk; *Biden White House Pledges Data, Transparency, Respect for Free Press,* REUTERS *(Jan. 20, 2021),* https://tinyurl.com/3fzz25mf; *Mark Joyella, Biden's White House Press Secretary Promises 'Trust and Transparency,'* FORBES (Jan. 20, 2021), https://tinyurl.com/2p8729wz.

14. This request sought a fee waiver. *See id.*

15. On August 9, 2021, DOJ acknowledged that request and assigned it tracking number FOIA-2021-01699. *See Ex. B.*

16. On October 8, 2021, DOJ notified AFL that the request was being closed because it sought records held by the Justice Management Division (JMD). *See Ex. C.*

17. That email instructed AFL to file a request with JMD if AFL wished to obtain these records.

18. DOJ has a legal obligation to forward the request to the proper component instead of merely closing the request. *See* U.S. Dep't of Just., *New Requirement to Route Misdirected FOIA Requests,* (*last updated July 28, 2021*) https://bit.ly/43j0NkB.

19. However, AFL attempted to cooperate with DOJ to get its request processed instead of appealing the decision or proceeding to litigation.

20. AFL filed a new request directly with JMD (seeking the same records) on March 7, 2021. *See Ex. D.*

21. This request also sought a fee waiver. *See id.*

22. On March 14, 2022, JMD sent an email acknowledging AFL's request. *See Ex. E.*

23. This acknowledgment assigned the request tracking number 127724. *See id.*

24. As of the date of this complaint, AFL has received no further updates from JMD regarding its request.

*ODAG Request - Guttentag*

25. On April 20, 2022, AFL submitted a request to the DOJ seeking the calendar of Lucas Guttentag over a given time period. *See Ex. F.*

26. This request sought a fee waiver. *See id.*

27. On May 16, 2022, AFL received an email from the DOJ acknowledging the request and assigned it tracking number FOIA-2022-01110. *See Ex. G.*

28. That email also assigned the request to the complex processing track. *See id.*

29. On May 17, 2022, AFL replied to that email and asked for an explanation of the decision to categorize it as a complex request. *See Ex. H.*

30. As of the date of this complaint, AFL has received no further updates from DOJ regarding this request.

*ODAG Request – O'Herron*

31. On April 20, 2022, AFL submitted a request to the DOJ seeking the calendar of Margaret (Margie) O'Herron over a given time period. *See Ex. I.*

32. This request sought a fee waiver. *See id.*

33. On May 18, 2022, AFL received an email from the DOJ acknowledging the request and assigned it tracking number FOIA-2022-01111. *See Ex. J.*

34. That email also assigned the request to the complex processing track. *See id.*

35. As of the date of this complaint, AFL has received no further updates from DOJ regarding this request.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

36. AFL incorporates paragraphs 1-35 by reference.

37. AFL properly requested records within the possession, custody, and control of the DOJ.

38. The DOJ failed to conduct searches for responsive records.

39. Moreover, because DOJ failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

40. The DOJ has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

41. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

42. The DOJ has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA request and release nonexempt records.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

  ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

  iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

  iv. Order the Defendant to grant AFL's requests for fee waivers;

  v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

  vi. Grant AFL such other and further relief as this Court deems proper.

Date: April 11, 2023

            Respectfully Submitted

            /s/ Jacob Meckler_____
            Michael Ding (D.C. Bar No. 1027252)
            Tel: (202) 964-3721
            E-mail: Michael.Ding@aflegal.org
            Jacob Meckler (D.C. Bar No. 90005210)
            Tel: (972) 861-2132
            E-mail: Jacob.Meckler@aflegal.org
            AMERICA FIRST LEGAL FOUNDATION
            611 Pennsylvania Avenue SE #231
            Washington, D.C. 20003
            *Counsel for the Plaintiff*
            *America First Legal Foundation*