Gmail                                                                                          AFL FOIA <foia@aflegal.org>

## Assigned JMD FOIA TRACKING NUMBER: 127724 (Intranet Quorum IMA00160858)

**JMD-FOIA(imailagent)** <iq.ima@usdoj.gov>                                              Mon, Mar 14, 2022 at 3:08 PM
To: FOIA@aflegal.org

March 14, 2022

Mr. Reed D. Rubinstein
America First Legal Foundation
600 14th St NW, Floor 5
Washington, DC 20005-2008

Re: Request for resumes, ethics waivers, and ethics documents for political appointees and career employees detailed to a political position from January 20, 2021 - present

Assigned JMD FOIA TRACKING NUMBER: 127724

Dear Mr. Rubinstein:

This is to acknowledge receipt of your Freedom of Information Act request dated 3/7/2022 and received in this office on 3/7/2022 in which you requested records concerning the subject identified above.

For your information, the Justice Management Division assigns incoming requests to one of three tracks:  simple, complex, or expedited.   Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month whereas complex requests necessarily take longer.  At this time, your request has been assigned to the Complex track. Please note that as a general matter, records in the Department are decentralized and our response will only cover information originating with or relating to JMD. If you are seeking information originating with or relating to other components of the Department, please make a FOIA request directly to those components.

If you have a question about the status of your FOIA request, you may contact this office by emailing JMDFOIA@usdoj.gov or by calling 202-514-3101 during regular business hours (Monday through Friday, 9 a.m. to 5 p.m., Eastern Time, excluding federal holidays).  Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Please refer to your assigned JMD FOIA TRACKING NUMBER listed above whenever you contact the Department regarding this request.

Sincerely,

Karen E. McFadden
FOIA Contact
Justice Management Division

**IQFormatFile.txt**
1K