UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 23-1049 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's July 27, 2023, Minute Order, Plaintiff America First Legal Foundation and Defendant U.S. Department of Justice ("Defendant" or the "Department"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records in response to three FOIA requests. *See generally* Am. Compl. (ECF No. 10).

2. In terms of the status of the response to Plaintiff's FOIA requests, the parties provided their separate position below and proposed orders are attached. The parties agree, however that pursuant to the Court's July 27, 2023, Minute Order, the parties will file the next Joint Status Report on November 30, 2023.

3. **Justice Management Division ("JMD") (a component of the Department)**

   a. **Plaintiff's position** – It is the Plaintiff's position that the Court should order Defendant to make a first initial production of Plaintiff's first FOIA request (FOIA-2021-01699 / 127724), before November 15, 2023, and to complete production of that request before December

31, 2023. This is reasonable because Plaintiff's first FOIA request (FOIA-2021-01699 / 127724) was originally filed on July 12, 2021. *See* Pl.'s First Am. Compl. (ECF No. 10). Defendant improperly closed that request instead of forwarding to JMD for processing. *Id.* Plaintiff refiled the request on March 7, 2022, this time directly with JMD. *Id.* Defendant failed to provide the requested records, so Plaintiff sued on July 10, 2023. *See* Pl.'s Compl. (ECF No. 1) As of this date, Defendant has not processed any records in response to this request and has made no firm commitment as to when it will be able to do so. Because Plaintiff has now been seeking these same records for over two years, and because Defendant has still not provided a timeline for records to be produced, this court should impose one. An order requiring complete production of Plaintiff's first FOIA request (FOIA-2021-01699 / 127724) before December 31, 2023 would be reasonable because Courts in this Circuit routinely order processing at a rate of 500 pages per month, and Defendant has estimated 1,165 pages of responsive documents. Based on the Defendant's estimated volume of records and the standard processing rate, two and a half months to produce this modest volume of documents is reasonable.

      b.    **Defendant's position** – JMD substantially completed its search for potentially responsive records. There are approximately 1,165 pages of potentially responsive records.[1] JMD is now in the process of conducting an initial review to identify whether the records, or portions thereof, should be withheld under FOIA exemptions. JMD anticipates this review process will be completed within the next 4 weeks. Once the preliminary withholding decisions have been made, JMD will send the records out to the more than 20 other DOJ components/offices

---

[1] Also, all responsive ethics pledge waivers and ethics agreement/compliance documents are publicly available and JMD, through counsel, provided Plaintiff's counsel with the links to these documents.

that have equities in the records for consultation.[2] It is difficult to estimate how long the consultation process will take. JMD, however, will work actively with equity holders to complete the consult process as efficiently as possible. Once components/offices respond to JMD's consultation request, JMD will make final determinations regarding withholdings. At that point, JMD would be in a position to mark permanent redactions and release documents to the requestor on a rolling basis.

In response to Plaintiff's position, JMD is unable to commit to make a release before November 24, 2023. As mentioned above, all records require consultation with other components/offices and JMD has no control over how quickly the other components/offices will respond. JMD will continue to follow up with the other components/offices and provide an update on its efforts by November 30, 2023.

    4.    **Office of Information Policy ("OIP") (a component of the Department)**

    a.    **Plaintiff's position** – It is the position of the Plaintiff that this Court should order production of the remaining records at issue in this case (those pertaining to request FOIA-2022-01110 and FOIA-2022-01111) by January 31, 2024. Given that Courts in this Circuit routinely order processing at a rate of 500 pages per month, and Defendant has estimated that there are 268 total pages responsive to these requests, this is a reasonable timeline.

    b.    **Defendant's position** – As previously reported, OIP completed its search for potentially responsive records, located 268 pages containing potentially responsive records in the form of calendar entries, fully processed these 268 pages, and sent all 268 pages out for consultation to other Executive Branch equity holders. These pages currently remain outstanding

---

[2] More information about consultations and the procedures can be found at https://www.justice.gov/oip/blog/referrals-consultations-and-coordination-procedures-processing-records-when-another-agency.

on consultation, and OIP intends to issue responses on a rolling basis, as consultations are completed. OIP has identified a portion of these pages, which it intends to account for as part of a first interim response. As to these pages, a majority of equity holders have provided responses to OIP. OIP continues to actively work with the remaining equity holders to complete the consult process as to these pages and all other outstanding pages as efficiently as possible; however, given the complexity of the consultation process, OIP is unable to firmly estimate a time for completion. However, OIP is endeavoring to issue a first interim response prior to the filing of the next joint status report.

In response to Plaintiff's position, OIP notes that it is making reasonable progress in its efforts to move the consultation process forward, and it does not believe that Plaintiff's demand for a production order would be necessary or appropriate at this time. Because OIP believes it may be in a position to issue a first interim response prior to the next joint status report, OIP believes that it would be more appropriate for the parties to provide a status update on November 30, 2023, indicating whether OIP was able to issue such a response or is in a better position to provide an estimate at that time. The aforementioned calendar entries contain dense and complex information, at times requiring significant consultation with a large volume of equity holders. OIP notes that an equity holder's capacity to evaluate these dense equities varies based on a number of factors, including workload, staffing, level of equity in the consult records, and the level of sensitivity of the information involved. Furthermore, given the fact that there are extensive Executive Branch equities overlapping throughout the aforementioned records, OIP notes that, in most instances, it is imperative that OIP complete the consultation process and receive input from all equity holders prior to issuing a response as to a set of calendar entries. Consultation, particularly under these circumstances, is a complex and dynamic process, and OIP requests the

flexibility on timing to continue to work with other equity holders to move this process forward in a way that ensures that all input is accounted for.

*   *   *

| | |
|---|---|
| Dated: October 16, 2023 | Respectfully submitted, |
| /s/ Jacob Meckler<br>Jacob Meckler<br>AMERICA FIRST LEGAL FOUNDATION<br>611 Pennsylvania Avenue Se #231<br>Washington, DC 20003<br>(530) 830-8168<br>Jacob.Meckler@aflegal.org<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar # 481051<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>/s/ Stephanie R. Johnson<br>STEPHANIE R. JOHNSON<br>D.C. Bar # 1632338<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7874<br>Stephanie.Johnson5@usdoj.gov<br><br>*Attorneys for the United States of America* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No.: 23-1049 (CJN) |

### [Plaintiff's Proposed] ORDER

Upon consideration of the parties' Joint Status Report, and for good cause shown, it is hereby

**ORDERED** that Defendant shall make a first initial production before November 15, 2023; and it is further

**ORDERED** that Defendant shall complete production of FOIA request 127724, before December 31, 2023; and it is further

**ORDERED** that the Defendant shall produce the remaining records (those responsive to FOIA-2022-01110 and FOIA-2022-01111) by January 31, 2024; and it is further

**ORDERED** that pursuant to the Court's July 27, 2023, Minute Order, the parties shall submit the next Joint Status Report by no later than November 30, 2023, and every forty-five days thereafter.

Dated: October    , 2023

                                                        Carl J. Nichols
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 23-1049 (CJN) |

### [Defendants' Proposed] ORDER

Upon consideration of the parties' Joint Status Report, and for good cause shown, it is hereby

**ORDERED** that in the next Joint Status Report, Defendant shall provide an update on the efforts undertaken to complete the consultation process for JMD's and OIP's records; and it is further

**ORDERED** that pursuant to the Court's July 27, 2023, Minute Order, the parties shall submit the next Joint Status Report by no later than November 30, 2023, and every forty-five days thereafter.

SO ORDERED.

Dated this ___ day of _____, 2023

_____
Carl J. Nichols
United States District Judge