UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 23-1049 (CJN) |

### JOINT STATUS REPORT

Pursuant to the Court's July 27, 2023, Minute Order, Plaintiff America First Legal Foundation and Defendant U.S. Department of Justice ("Defendant" or the "Department"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records a response to three FOIA requests. *See generally* Am. Compl. (ECF No. 10).

2. **Justice Management Division ("JMD") (a component of the Department) -** JMD has completed its initial review of responsive records to identify whether records, or portions thereof, should be withheld under FOIA exemptions. These records have been sent to the more than 20 components/offices that have equities in these records for consultations. It is difficult to estimate how long the consultation process will take. JMD, however, is actively working with equity holders to complete the consultation process as efficiently as possible. Once components/offices respond to JMD's consultation requests, JMD will make final determinations regarding withholdings. At that point, JMD will make permanent redactions and release records

to the requestor on a rolling basis. Based on current feedback from equity holders, JMD believes it will be able to produce some records to Plaintiff in December 2023 with additional releases to follow in 2024.

3. **Office of Information Policy ("OIP") (a component of the Department) -** As previously reported, OIP completed its search for potentially responsive records, located 268 pages containing potentially responsive records in the form of calendar entries, fully processed these 268 pages, and sent all 268 pages out for consultation to other Executive Branch equity holders. These pages currently remain outstanding on consultation, and OIP intends to issue responses on a rolling basis, as consultations are completed. OIP has identified a portion of these pages, which it intends to account for as part of a first interim response. As to these pages, since the filing of the last status report, OIP has made significant progress in engaging with equity holders to complete the consult process. OIP continues to engage in active communication with the remaining outstanding equity holders, and anticipates issuing a first interim response in the coming weeks. OIP reiterates that the aforementioned pages consist of calendar entries, which contain dense and complex information, at times requiring significant consultation with a large volume of equity holders. OIP notes that an equity holder's capacity to evaluate these dense equities varies based on a number of factors, including workload, staffing, level of equity in the consult records, and the level of sensitivity of the information involved. Furthermore, given the fact that there are extensive Executive Branch equities overlapping throughout the aforementioned records, OIP notes that it remains imperative that OIP complete the consultation process and receive input from all equity holders prior to issuing a response as to a set of calendar entries. Consultation, particularly under these circumstances, is a complex and dynamic process, and OIP requests the flexibility on timing to continue to actively engage with other equity holders to continue moving this process forward in a way that ensures that all input is accounted for.

4. Pursuant to the Court's July 27, 2023, Minute Order, the parties will file the next

Joint Report on January 15, 2024, the next business day.

*   *   *

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully submitted, |
| */s/ Jacob Meckler* | MATTHEW M. GRAVES, D.C. Bar # 481051 |
| Jacob Meckler | United States Attorney |
| AMERICA FIRST LEGAL | |
| FOUNDATION | BRIAN P. HUDAK |
| 611 Pennsylvania Avenue Se #231 | Chief, Civil Division |
| Washington, DC 20003 | |
| 530-830-8168 | */s/ Stephanie R. Johnson* |
| Jacob.Meckler@aflegal.Org | STEPHANIE R. JOHNSON |
| | D.C. Bar # 1632338 |
| *Attorney for Plaintiff* | Assistant United States Attorney |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |