UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 23-1049 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's July 27, 2023, Minute Order, Plaintiff America First Legal Foundation and Defendant Department of Justice ("Defendant" or the "Department"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records in response to three FOIA requests. *See generally* Am. Compl. (ECF No. 10).

2. **Justice Management Division ("JMD") (a component of the Department)**

JMD made its first production of records to Plaintiff on December 20, 2023; its second production of records on February 22, 2024; its third production of records on April 9, 2024; its fourth production on May 23, 2024; and its fifth (and final) production of records on June 27, 2024. In addition, JMD referred roughly 350 responsive pages to the Department's Office of Information Policy ("OIP"). As previously reported, JMD believes that it has produced or referred all records that it has located and thus, completed its response to Plaintiff. Plaintiff needs additional time to complete its review JMD's records productions and will confer with Defendant regarding any outstanding issues.

3. **Office of Information Policy ("OIP") (a component of the Department)**

Plaintiff's requests to OIP seek calendar entries for two Department officials. Plaintiff's first request, which OIP has designated FOIA-2022-01110, seeks calendar entries for one Department official, and Plaintiff's second request, which OIP has designated FOIA-2022-01111, seeks calendar entries for another Department official. On April 22, 2024, OIP issued a final response as to FOIA-2022-01110, and released 134 pages of calendar entries in part, with certain information withheld pursuant to Exemptions 5, 6, and 7(C) of the FOIA. On December 20, 2024, OIP issued a final response as to FOIA-2022-01111. Furthermore, OIP has issued four responses as to records referred to OIP by JMD on January 28, March 19, April 9, 2025, and a fourth and final response on May 14, 2025. OIP has processed all records referred by JMD. Thus, as previously reported, OIP has completed its response to Plaintiff. Plaintiff needs additional time to complete its review OIP's records productions and will confer with Defendant regarding any outstanding issues.

4. After Plaintiff completes its review of the productions, the parties will confer and attempt to resolve or narrow any substantive issues of disagreement.

\*   \*   \*

5.      Pursuant to the Court's July 27, 2023, Minute Order, the parties will file the next Joint Status Report on September 18, 2025.

|  |  |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| */s/ Jacob Meckler* <br> Jacob Meckler <br> AMERICA FIRST LEGAL FOUNDATION <br> 611 Pennsylvania Avenue Se #231 <br> Washington, DC 20003 <br> (202) 964-3721 <br> jacob.meckler@aflegal.org <br><br> *Attorney for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for the United States of America* |